FINDING RE PROBABLE CAUSE

On  2/22/26  , at  11:33  a.m., Agent Hailey Kryszewski of the Federal Bureau of Investigation appeared telephonically regarding the probable cause arrest of defendant MATTHEW EDWARD PYSHER, occurring on February 20, 2026, at Los Angeles, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists** probable cause to arrest the defendant for a violation of Title 18, United States Code, Section 2423(b).

/\_\_x\_\_/ It is ordered that defendant MATTHEW EDWARD PYSHER be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on _____.

/\_\_\_\_/ It is ordered that defendant MATTHEW EDWARD PYSHER be discharged from custody on this charge forthwith.

DATED:  2/22/2026  , at  11:33  a.m.

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE